**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTE ORDER**

**Date: 12-1-20**                                        **Time in Court: 12 minutes**

**Judge:  Jeffrey S. White**

**Case No.:  CR-20-00355-01 JSW**
**United States of America   v. Eric Carrillo, Deft. present with Counsel: Gail Shiffman**

**Case No.:  CR-20-00355-02 JSW**
**United States of America   v.  Juan Conchas-Carrillo present with Counsel Robert Waggener**

**Jonathan Lee / Samantha Bennett**
      **U.S. Attorney**

**Deputy Clerk: Jennifer Ottolini**                 **Court Reporter: Raynee Mercado**

**PROCEEDINGS**

**REASON FOR HEARING:  Telephonic Status Conference**

**RESULT OF HEARING:    Parties shall meet and confer re: designation of "confidential material".**
**Defendants request evidence review.**

**Joint Status Report due: 1-19-21**

**Case Continued to 1-26-21 at 1:15 pm for Status on AT&T Teleconference Calendar**

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161 - stipulation/proposed order to be submitted**